IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TISHA L. PHIFER                                                                                  PLAINTIFF

V.                          NO. 4:17CV00157 PSH

NANCY A. BERRYHILL, Acting Commissioner                           DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for Nancy A. Berryhill, the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 9th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE